■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NIGEL JOSEPH, Appellant. [732 NYS2d 248] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Kreindler, J.), entered May 20, 1997, convicting him of attempted murder in the second degree, intimidating a witness

in the third degree, and bribing a witness, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The Supreme Court properly admitted into evidence as an excited utterance a tape recording of the complainant's wife to the 911 emergency telephone number in which she identified the defendant as the person who had shot her husband (*see, People v Brown,* 70 NY2d 513).

The sentence imposed was not excessive (*People v Suitte,* 90 AD2d 80).

The defendant's remaining arguments, including those raised in his *pro se* supplemental brief, are unpreserved for appellate review and, in any event, without merit. Ritter, J. P., Florio, Feuerstein and Crane, JJ., concur.